IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHAHID BALOCH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 3:21-cv-01132-E |
| | § | |
| ENVISION HEALTHCARE CORP., | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed R. Civ. P. 56, Defendant Envision Healthcare Corporation ("Envision") files its Motion for Summary Judgment ("Motion"). Envision is entitled to summary judgment on Plaintiff Shahid Baloch's ("Baloch") causes of action against Envision for race and national origin discrimination and retaliation, in violation of Title VII of the Civil Rights Act of 1964, Texas Labor Code § 21.055 and 42 U.S.C. § 1981 as well as Baloch's age discrimination and retaliation claims under the Age Discrimination in Employment Act of 1967.  Baloch cannot prevail on his claims because he is unable to prove the reasons Envision has provided for its actions were pretext for unlawful discrimination and retaliation.  Based on the undisputed facts, which are supported by Envision's accompanying Appendix in Support of its Motion for Summary Judgment, as well as the argument and authorities set forth in Envision's accompanying Brief in Support of its Motion for Summary Judgment, Envision therefore seeks and is entitled to judgment as a matter of law.

## RELIEF RQUESTED

For the foregoing reasons, and as set forth more fully in the Brief and Appendix filed contemporaneously herewith pursuant to Local Rules 56.3 – 56.6, Envision respectfully requests that the Court grant the Motion; enter a take-nothing judgment for Envision and against Baloch on

each of his claims, causes of action, and requests for relief, dismissing the same with prejudice; award Envision its reasonable and necessary attorneys' fees and costs; and grant all other relief, general or special, at law or in equity, to which Envision may be justly entitled.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Kristin S. Higgins*
KRISTIN SNYDER HIGGINS
Texas State Bar No. 24046880
kristin.higgins@ogletree.com
JEFF T. LESLIE
Texas State Bar No. 24091294
jeff.leslie@ogletree.com

8117 Preston Road, Suite 500
Dallas, Texas  75225
(214) 987 3800
(214) 987 3927 (Fax)
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that on May 25, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the Court's ECF system, which will provide a Notice of Electronic Filing to all parties.

*/s/ Kristin S. Higgins*
Kristin S. Higgins

44879513.1