IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHAHID BALOCH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-cv-01132-E |
| | § | |
| ENVISION HEALTHCARE CORP., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

TO:   The Honorable Judge Ada Brown:

The Parties hereby file this notice of settlement and request the Court provide sixty days to file final papers to allow the parties time to obtain authorization from the bankruptcy court to finalize the settlement.

Dated June 29, 2022.                                              Respectfully Submitted,

 

_____
Kyla Gail Cole
Texas Bar No. 24033112
Christine Neill
Texas Bar No. 00796793
Jane Legler Byrne
Texas Bar No. 03565820
Neill Legler Cole, PLLC
3300 Oak Lawn Ave. Suite 425
Dallas, Texas 75219
214.748.7777 (Telephone)
214.748-7778 (Facsimile)
kyla@nlcemployeelaw.com
**COUNSEL FOR PLAINTIFF**

NOTICE OF SETTLEMENT– Page 1

                                              **Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**

                                              By  */s/ Kristin Snyder Higgins*
                                              KRISTIN SNYDER HIGGINS
                                              Texas State Bar No. 24046880
                                              kristin.higgins@ogletree.com
                                              JEFF T. LESLIE
                                              Texas State Bar No. 24091294
                                              jeff.leslie@ogletree.com

                                              8117 Preston Road, Suite 500
                                              Dallas, Texas  75225
                                              (214) 987-3800
                                              (214) 987-3927 (Fax)

                                              **ATTORNEYS FOR DEFENDANT ENVISION HEALTHCARE CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on Defendant's counsel of record on this the 29th day of June 2022 via the Court's ECF system.

Kristin Snyder Higgins
Jeff T. Leslie
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
8117 Preston Road, Suite 500
Dallas, Texas  75225.

                                              _____
                                              **Kyla Gail Cole**