IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHAHID BALOCH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-cv-01132-E |
| | § | |
| ENVISION HEALTHCARE CORP., | § | |
| | § | |
| Defendant. | § | |

### ORDER

Plaintiff Shahid Baloch and Defendant Envision Healthcare Corporation have advised the Court that they have settled this action. The Court **ORDERS** the parties to file appropriate dismissal documents by August 29, 2022, or if unable to do so, a joint status report.

The Court **VACATES** the trial setting and **CANCELS** the pretrial conference, and any pending deadlines are continued. In addition, Defendant's pending motion for summary judgment is **DENIED AS MOOT**. This case is administratively closed for statistical purposes without prejudice to being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

**SO ORDERED** this 29th day of June, 2022.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE